Amended Prob 12C (12/04)  
(D/KS 04/22)

PACTS# 3550673

# United States District Court
## for the
## District of Kansas

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  **Xzavier Christian Guliford**  Case Number:  **1083 6:17CR10070-001**
**1083 6:23CM60044-001**

Sentencing Judicial Officer:  **1083 6:17CR10070-001-** Honorable Eric F. Melgren, Chief U.S. District Judge

Sentencing Judicial Officer:  **1083 6:23CM60044-001-** Honorable Xavier Rodriguez, U.S. District Judge
Reassigned Judicial Officer: Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence:  **1083 6:17CR10070-001-** 09/21/2017
**1083 6:23CM60044-001-** 06/18/2019

Original Offense:  **1083 6:17CR10070-001-** Felon in Possession of a Firearm
**1083 6:23CM60044-001-** Interference with Commerce by Robbery Conspiracy and Theft of Firearms from a Federal Firearm Licensee; Aiding and Abetting

Original Sentence:  **1083 6:17CR10070-001-** 37 Months Prison, 36 Months Supervised Release
**1083 6:23CM60044-001-** 70 Months Prison, 36 Months Supervised Release

Type of Supervision:  TSR  Date Supervision Commenced:  06/16/2023
Asst. U.S. Attorney:  Lanny D. Welch  Defense Attorney:  Ellen Bertels

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that Mr. Guliford has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1 | **1083 6:23CM60044-001-** <u>Mandatory Condition #7:</u> **You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.**<br><br>Mr. Guliford failed to make a payment toward his court ordered monetary penalties for the months of July, August, October, and November 2023; January, February, March, and April 2024. |
| 2 | **1083 6:17CR10070-001-** <u>Standard Condition #13:</u> **You must follow the instructions of the probation officer related to the conditions of supervision.** |

Amended Prob  12C                                         -2-
*Name of Offender:  Xzavier Christian Guliford*                    *Case Number:  1083 6:17CR10070-001*
                                                                              *1083 6:23CM60044-001*

|   |   |
|---|---|
|   | **1083 6:23CM60044-001- <u>Standard Condition #13:</u> The defendant shall follow the instructions of the probation officer related to the conditions of supervision.** |
|   | On 08/01/2023, Mr. Guliford was emailed the list of open child support cases in Sedgwick County and directed to set up payment with Child Support Enforcement (CSE). Mr. Guliford failed to contact CSE. |
|   | On 08/28/2023, Mr. Guliford reported to the US Probation office and was directed to provide this officer with ER paperwork showing the results of an X-ray he received on 08/10/2023, diagnosing him with a back injury. Mr. Guliford failed to provide any verification of this diagnosis. |
|   | On 08/29/2023, Mr. Guliford was directed to provide verification of the results of his X-ray. Mr. Guliford again failed to provide this verification. |
|   | On 09/15/2023, Mr. Guliford was directed to provide verification of the results of his X-ray. Mr. Guliford again failed to provide this verification. |
| 3 | **1083 6:17CR10070-001- <u>Special Condition #5:</u> During the course of supervision, you must make regular monthly child support payments in accordance with any payment plan established by state authorities.** |
|   | **1083 6:23CM60044-001- <u>Special Condition #3:</u> During the course of supervision, you must make regular monthly child support payments in accordance with any payment plan established by state authorities.** |
|   | Mr. Guliford failed to make a regular monthly child support payment for the months of February, March and April 2024. |

<u>U.S. Probation Officer Recommendation:</u>

  The term of supervision should be:

  ☒ Revoked
  ☐ Extended for  years, for a total term of  years.

☐  The conditions of supervision should be modified as follows:

| | |
|---|---|
| Amended Prob 12C | -3- |
| Name of Offender: Xzavier Christian Guliford | Case Number: 1083 6:17CR10070-001 |
| | 1083 6:23CM60044-001 |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 06/11/2024

by _Adam Paredes (signature)_
Adam C. Paredes
Senior U.S. Probation Officer

Approved:

_Joel R. Cromwell (signature)_
Joel Cromwell, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Issuance of a Warrant. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition, and Warrant unsealed upon arrest.
☒ The Issuance of a Summons
☐ Other:

s/ Eric F. Melgren
Signature of Judicial Officer

6/11/2024
Date

Defendant to appear on June 13, 2024 at 9:00 am
before the Honorable Eric F. Melgren, Chief U.S. District Judge,
Courtroom Number 408 in Wichita, Kansas.